IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LARRY C. ROMERO,

    Plaintiff,

  v.                                    No. 14-cv-0125 LH/SMV

RAMON RUSTIN, et al.,

    Defendants.

### SECOND ORDER TO CURE DEFECTS

THIS MATTER is before the Court sua sponte. According to the docket, Plaintiff has been released from custody. [Doc. 11] at 3. Because Plaintiff has been released, the Court will require him to submit an amended § 1915 motion. *See Holmes v. Hardy*, 852 F.2d 151, 153 (5th Cir. 1988), *quoted in Scherer v. Kansas*, 263 F. App'x 667, 669 (10th Cir. 2008); *Drayer v. Attorney General*, 81 F. App'x 429, 431 (3d Cir. 2003). Failure to comply with this Order may result in dismissal of the complaint.

**IT IS THEREFORE ORDERED** that, within fourteen days from entry of this Order, Plaintiff file a long form Application to Proceed in District Court Without Prepaying Fees or Costs;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff copies of this Order and a long form Application to Proceed in District Court Without Prepaying Fees or Costs.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**