IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**LARRY C. ROMERO,**

    **Plaintiff,**

**v.**                                                                                               **No. 14-cv-0125 LH/SMV**

**RAMON C. RUSTIN, et al.,**

    **Defendants.**

## ORDER

THIS MATTER having come before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 13], and the Court being fully advised in the premises;

**IT IS ORDERED** that the Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 13] is hereby **GRANTED**, the earlier motion [Doc. 2] is **DENIED as moot**, and Plaintiff may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**